No. 184. GREAT ATLANTIC & PACIFIC TEA CO. *v.* MORRISSETT, STATE TAX COMMISSIONER, ET AL.

 Argued November 25, 1931. Decided November 30, 1931. *Per Curiam:* Decree affirmed. *State Board of Tax Commissioners* v. *Jackson,* 283 U. S. 527; *Great Atlantic & Pacific Tea Co.* v. *Maxwell, ante,* p. 575. *Mr. Thomas B. Gay* for appellant. *Mr. W. W. Martin,* with whom *Mr. Henry R. Miller, Jr.,* was on the brief, for appellees.